RICHARD E. QUINTILONE II (SBN 200995)
ALVIN B. LINDSAY (SBN 220236)
**QUINTILONE & ASSOCIATES**
22974 E<small>L</small> T<small>ORO</small> R<small>OAD</small> S<small>UITE</small> 100
L<small>AKE</small> F<small>OREST</small>, CA  92630-4961
T<small>ELEPHONE</small> N<small>O</small>. (949) 458-9675
F<small>ACSIMILE</small> N<small>O</small>. (949) 458-9679
E-<small>MAIL</small>:  REQ@QUINTLAW.COM; ABL@QUINTLAW.COM

Attorneys for DEFENDANTS LAST CHANCE BUYS, INC. and OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>LAST CHANCE BUYS, INC., a Florida Corporation; OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | **Case No. 3:15-cv-05038-HSG**<br><br>**Assigned for All Purposes To:**<br>**Hon. Haywood S. Gilliam, Jr.**<br>**Courtroom:  15, 18th Floor**<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST AND ~~PROPOSED]~~ ORDER FOR [TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:        February 2, 2016<br>Time:       2:00 p.m.<br>Courtroom:  15 – 18th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, California 94102<br><br>Complaint Filed:  November 3, 2015 |

Undersigned counsel for Defendant LAST CHANCE BUYS, INC. and OLUWATOSIN "ZOE" AJIBOYE ("Defendants") hereby respectfully request to appear telephonically at the Case Management Conference currently scheduled on **February 2, 2016** at 2:00 p.m.  Counsel for Defendants are located in Southern California in Lake Forest, and Defendants are also located in Southern California, and are unable to attend in-person.  As set forth in the parties' Joint Case Management Statement, Defendants are also of limited financial means and respectfully request a telephonic appearance to avoid the travel time and expense and the attorney time it would entail.  While Defendants' counsel understands and appreciates the importance of an in-person appearance at an initial case management conference, it respectfully requests the Court's accommodation in this instance.

Dated:   January 28, 2016                                  QUINTILONE & ASSOCIATES

By:  _____
RICHARD E. QUINTILONE II,
ALVIN B. LINDSAY,
Attorneys for DEFENDANT LAST CHANCE BUYS, INC. and OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN

## **ORDER**

For good cause showing, IT IS ORDERED that counsel for Defendants Last Chance Buys, Inc. and Oluwatosin Ajiboye a/k/a Zoe Ajiboye a/k/a Zoe Aerin may appear telephonically at the Case Management Conference on **February 2, 2016**.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED:  ___January 29_, 2016          By: _____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **January 28, 2016**, I served the foregoing document(s):
 **DEFENDANTS' ADMINISTRATIVE REQUEST AND PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

on the following parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

_____ *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____ *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

_____ *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

_____ *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

\_\_X\_\_ *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by Electronic Mail, the Court's Electronic Mail or via comparable electronic service.

Executed on **January 28, 2016**, at Lake Forest, California.

\_\_\_X\_\_\_\_\_ (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____ (**STATE**) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
ALVIN B. LINDSAY

-1-

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| **JOHNSON & PHAM, LLP** <br> Christopher Q. Pham, SBN: 206697 <br>   E-mail: cpham@johnsonpham.com <br> Nicole L. Drey, SBN: 250235 <br>   E-mail: ndrey@johnsonpham.com <br> Hung Q. Pham, SBN: 276613 <br>   E-mail: ppham@johnsonpham.com <br> 6355 Topanga Canyon Boulevard, Suite 326 <br> Woodland Hills, California 91367 <br> Telephone:     (818) 888-7540 <br> Facsimile:      (818) 888-7544 | Counsel for Plaintiff ADOBE SYSTEMS INCORPORATED |

**Q&A Case No. 15.01238**