JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Nicole L. Drey, SBN: 250235
    E-mail: ndrey@johnsonpham.com
Hung Q. Pham, SBN: 276613
    E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:    (818) 888-7540
Facsimile:    (818) 888-7544

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

QUINTILONE & ASSOCIATES
Richard E. Quintilone II, SBN: 200995
    E-mail: req@quintlaw.com
Alvin B. Lindsay, SBN: 220236
    E-mail: abl@quintlaw.com
22974 El Toro Road, Suite 100
Lake Forest, California 92630
Telephone:    (949) 458-9675
Facsimile:    (949) 458-9679

Attorney for Defendants
LAST CHANCE BUYS, INC.
OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | Case No.: 3:15-cv-05038-HSG |
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Current Date:    3/1/2016<br>Proposed Date:    3/29/2016 |
| LAST CHANCE BUYS, INC., a Florida Corporation; OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN, an Individual; and DOES 1-10, Inclusive, | |
| Defendants. | |

Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), through its counsel of record, and Defendants LAST CHANCE BUYS, INC., and OLUWATOSIN AJIBOYE a/k/a

1  ZOE AJIBOYE a/k/a ZOE AERIN (collectively "Defendants"), through their counsel of record,
2  hereby stipulate and request that the Case Management Conference set for March 1, 2016, be
3  continued to March 15, 2016, or a date thereafter convenient to the Court.

4  On February 2, 2016, the Court held an initial Case Management Conference, at which
5  time no trial or pretrial dates were set. At that time, the Parties represented that they were in the
6  midst of settlement discussions, but Plaintiff was awaiting additional documentation from
7  Defendants. Defendants' counsel represented that the documents would be produced within two
8  weeks, and the Court then continued the Case Management Conference to March 1, 2016, to give
9  the Parties time to produce and review these additional documents and potentially resolve this
10 matter without further intervention from the Court.

11 Defendants, however, were delayed in producing these additional documents and did not
12 do so until Saturday, February 20, 2016. Plaintiff was unable to download and begin reviewing
13 the hundreds of pages of documents until Monday, February 22, 2016. Plaintiff is diligently
14 reviewing the multitudes of documents, but it is unlikely that any meaningful settlement
15 discussions will be able to be had prior to the deadline to file an updated Case Management
16 Statement, which is February 23, 2016.

19 / / /

22 / / /

Therefore, the Parties hereby stipulate and respectfully request that the Court continue the Case Management Conference to March 29, 2016, or a date thereafter convenient to the Court's calendar.

DATED:  February 22, 2016                JOHNSON & PHAM, LLP

                                         By: /s/ Nicole L. Drey
                                         Nicole L. Drey, Esq.
                                         Attorneys for Plaintiff
                                         ADOBE SYSTEMS INCORPORATED

DATED:  February 22, 2016                QUINTILONE & ASSOCIATES

                                         By: /s/ Alvin B. Lindsay
                                         Alvin B. Lindsay, Esq.
                                         Attorney for Defendants
                                         LAST CHANCE BUYS, INC.
                                         OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE
                                         a/k/a ZOE AERIN

**ORDER**

Pursuant to Stipulation, the Case Management Conference set for March 1, 2016, is hereby continued to March 29, 2016.

DATED: February 25, 2016                 Hon. Haywood S. Gilliam, Jr.
                                         United States District Judge