1  JOHNSON & PHAM, LLP
2  Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
3  Nicole L. Drey, SBN: 250235
    E-mail: ndrey@johnsonpham.com
4  Hung Q. Pham, SBN: 276613
    E-mail: ppham@johnsonpham.com
5  6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
6  Telephone: (818) 888-7540
Facsimile: (818) 888-7544

7  Attorneys for Plaintiff
8  ADOBE SYSTEMS INCORPORATED

10  **UNITED STATES DISTRICT COURT**
11  **NORTHERN DISTRICT OF CALIFORNIA**
12  **SAN FRANCISCO DIVISION**

| ADOBE SYSTEMS INCORPORATED, | Case No.: 3:15-cv-05038-HSG |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| LAST CHANCE BUYS, INC., a Florida Corporation; OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN, an Individual; and DOES 1-10, Inclusive, | Date: 3/29/2016<br>Time: 2:00 PM<br>Court: 15 – 18th Floor<br>      450 Golden Gate Avenue<br>      San Francisco, CA 94102 |
| Defendants. | |

Counsel for Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff") respectfully requests to appear by telephone at the Further Case Management Conference set for March 29, 2016, at 2:00 PM, before the Honorable Haywood S. Gilliam. The Court had previously indicated at the initial Case Management Conference held on February 2, 2016, that it would consider telephonic appearances for the Further Case Management Conference.

Plaintiff's counsel is located in Southern California, and travel to the court appearance would require significant time and money that would best be put towards trying to resolve this matter. Moreover, counsel's firm has other matters that same week requiring travel by various

1  attorneys such that allowing a telephonic appearance by counsel would greatly accommodate the
2  firm's scheduling and staffing.
3      Accordingly, Plaintiff respectfully requests an Order from this Court allowing its counsel
4  to appear by telephone at the Further Case Management Conference.

6  DATED: March 22, 2016        JOHNSON & PHAM, LLP

8          By: /s/ Nicole L. Drey
        Nicole L. Drey, Esq.
9          Attorneys for Plaintiff
        ADOBE SYSTEMS INCORPORATED

**ORDER**

12      IT IS ORDERED that counsel for Plaintiff ADOBE SYSTEMS INCORPORATED may
13  appear telephonically at the Further Case Management Conference set for March 29, 2016.
14  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic
15  appearance.

17  DATED: March 23, 2016        *Haywood S. Gilliam, Jr.*
        Hon. Haywood S. Gilliam, Jr.
18          United States District Judge