1  RICHARD E. QUINTILONE II (SBN 200995)
   ALVIN B. LINDSAY (SBN 220236)
2  **QUINTILONE & ASSOCIATES**
   22974 EL TORO ROAD SUITE 100
3  LAKE FOREST, CA  92630-4961
   TELEPHONE NO. (949) 458-9675
4  FACSIMILE NO. (949) 458-9679
   E-MAIL:  REQ@QUINTLAW.COM; ABL@QUINTLAW.COM
5
6  Attorneys for DEFENDANTS LAST CHANCE BUYS, INC. and
   OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>LAST CHANCE BUYS, INC., a Florida Corporation; OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | **Case No. 3:15-cv-05038-HSG**<br><br>**Assigned for All Purposes To:**<br>**Hon. Haywood S. Gilliam, Jr.**<br>**Courtroom: 15, 18th Floor**<br><br>**DEFENDANTS' REQUEST AND [PROPOSED] ORDER FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:          March 29, 2016<br>Time:         2:00 p.m.<br>Courtroom:  15 – 18th Floor<br>                    450 Golden Gate Avenue<br>                    San Francisco, California 94102<br><br>Complaint Filed:  November 3, 2015 |

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AND ~~PROPOSED~~ ORDER

Undersigned counsel for Defendant LAST CHANCE BUYS, INC. and OLUWATOSIN "ZOE" AJIBOYE ("Defendants") hereby respectfully request to appear telephonically at the Further Case Management Conference currently scheduled on **March 29, 2016 at 2:00 p.m.**  Counsel for Defendants are located in Southern California in Lake Forest, and Defendants are also located in Southern California, and are unable to attend in-person.  Defendants are also of limited financial means and respectfully request a telephonic appearance to avoid the travel time and expense and the attorney time it would entail.  While Defendants' counsel understands and appreciates the importance of an in-person appearance at a case management conference, it respectfully requests the Court's accommodation in this instance.

Dated:  March 23, 2016                                    QUINTILONE & ASSOCIATES

By: _____
RICHARD E. QUINTILONE II,
ALVIN B. LINDSAY,
Attorneys for DEFENDANT LAST CHANCE BUYS, INC. and OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN

## ORDER

For good cause showing, IT IS ORDERED that counsel for Defendants Last Chance Buys, Inc. and Oluwatosin Ajiboye a/k/a Zoe Ajiboye a/k/a Zoe Aerin may appear telephonically at the Case Management Conference on **March 29, 2016**.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATED: ___March 29_, 2016          By: _____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE