JOHNSON & PHAM, LLP
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Nicole L. Drey, SBN: 250235
    E-mail: ndrey@johnsonpham.com
Hung Q. Pham, SBN: 276613
    E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:   (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiff
ADOBE SYSTEMS INCORPORATED

QUINTILONE & ASSOCIATES
Richard E. Quintilone II, SBN: 200995
    E-mail: req@quintlaw.com
Alvin B. Lindsay, SBN: 220236
    E-mail: abl@quintlaw.com
22974 El Toro Road, Suite 100
Lake Forest, California 92630
Telephone:   (949) 458-9675
Facsimile:   (949) 458-9679

Attorney for Defendants
LAST CHANCE BUYS, INC.
OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>v.<br><br>LAST CHANCE BUYS, INC., a Florida Corporation; OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE a/k/a ZOE AERIN, an Individual; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: 3:15-cv-05038-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current Date:    6/7/2016<br>Proposed Date:   6/28/2016 |

    Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), through its counsel of record, and Defendants LAST CHANCE BUYS, INC., and OLUWATOSIN AJIBOYE a/k/a

1  ZOE AJIBOYE a/k/a ZOE AERIN (collectively "Defendants"), through their counsel of record,
2  hereby stipulate and request that the Case Management Conference set June 7, 2016, be
3  continued to June 28, 2016, or a date thereafter convenient to the Court.

4      The Parties are currently very close to resolving this matter in its entirety and anticipate
5  finalizing terms for settlement within the next couple weeks. The Parties request the brief
6  continuance in order to focus their time and efforts on achieving settlement without taking up
7  any more of the Court's time. As soon as settlement has been realized, the Parties will promptly
8  file a notice of settlement or dismissal with the Court.

9      Accordingly, the Parties hereby stipulate and respectfully request that the Court continue
10 the Case Management Conference to June 28, 2016, or a date thereafter convenient to the
11 Court's calendar, in order to allow sufficient time to confirm settlement.

12 DATED: May 31, 2016                    JOHNSON & PHAM, LLP

14                                       By: /s/ Nicole L. Drey
                                         Nicole L. Drey, Esq.
15                                       Attorneys for Plaintiff
                                         ADOBE SYSTEMS INCORPORATED

16 DATED: May 31, 2016                    QUINTILONE & ASSOCIATES

18                                       By: /s/ Alvin B. Lindsay
                                         Alvin B. Lindsay, Esq.
19                                       Attorney for Defendants
                                         LAST CHANCE BUYS, INC.
20                                       OLUWATOSIN AJIBOYE a/k/a ZOE AJIBOYE
21                                       a/k/a ZOE AERIN

22                                       **ORDER**

23     Pursuant to Stipulation, the Case Management Conference set for June 7, 2016, is hereby
24 continued to June 28, 2016.

26 DATED: June 1, 2016                    _/s/ Haywood S. Gilliam, Jr._
                                         Hon. Haywood S. Gilliam, Jr.
27                                       United States District Judge